UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY RICE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>Defendants. | Case No. 26-cv-13557<br><br>Honorable Robert J. White |

**ORDER GRANTING JOINT MOTION COMPELLING ARBITRATION AND STAYING CASE**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Joint Motion Compelling Arbitration and Staying the Case (ECF No. 12), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows: (i) the motion is granted and Plaintiffs Gregory Rice and Deborah Rice and Defendant Credit Acceptance Corporation shall proceed to arbitration pursuant to the Arbitration Clause in the Retail Installment Contract; (ii) the case is stayed as to Defendant Credit Acceptance Corporation only; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

SO ORDERED.

Dated: November 17, 2026

s/Robert J. White
Robert J. White
United States District Judge